# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ, on behalf of others similarly situated<br><br><br>     Plaintiff,<br><br> vs.<br><br>JELD-WEN, INC. and DOES 1 through 50, inclusive,<br><br><br>     Defendants. | Case No. 3:24-cv-01116-JO-DTF<br><br>**<u>CLASS ACTION</u>**<br><br>**[~~PROPOSED~~] Order Dismissing Entire Action Without Prejudice Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii)**<br><br>Removal Date: June 27, 2024<br>Complaint Filed: May 23, 2024 |

Order Dismissing Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)

On January 20, 2026, the parties filed a stipulation to dismiss this action without prejudice. All parties have agreed to the dismissal.

In light of the stipulation, the case has been dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also Ripley v. Bridgestone Retail Ops., LLC.*, No. C09-1482 RSM, 2010 WL 11684294, at *2 (W.D. Wash. Sept. 2, 2010) (citing Moore's Federal Practice 3d, § 23.64[2][a] (2007)); *see also Richey v. GetWellNetwork, Inc.*, No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 ("Because no class has been certified in this case, Rule 23 does not mandate either court approval of the instant settlement or notice to putative class members" [quoting *Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020)]).

Accordingly, the Clerk of the Court is DIRECTED to close this case.


IT IS SO ORDERED.


Dated: 1/21/2026

HON. JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

- 1 -                                    Case No. 3:24-cv-01116-JO-DTF

Order Dismissing Entire Action Without Prejudice Pursuant to
Fed. R. Civ. Proc. 41(a)(1)(A)(ii)